NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP
STEPHEN N. ROBERTS (SBN 062538)
KATRINA J. LEE (SBN 191142)
SOPHIE N. FROELICH (SBN 213194)
50 California Street, 34th Floor
San Francisco, California 94111-4799
Telephone: (415) 398-3600
Facsimile: (415) 398-2438
gliddencase@nossaman.com

Attorneys for Plaintiffs
JODY GLIDDEN, MICHAEL LEBLANC
AND TRISH GLIDDEN

DANIEL J. BERGESON (SBN 105439)
CAROLINE MCINTYRE (SBN 159005)
KRISTEN H. LEE (SBN 225574)
BERGESON, LLP
303 Almaden Blvd., Suite. 500
San Jose, CA 95110-2712
Telephone: (408) 291-6200
Facsimile: (408) 297-6000
Email: cmcintyre@be-law.com
Email: dbergeson@be-law.com
Email: klee@be-law.com

Attorneys for Defendants
SKILLSOFT PLC, DAVID C. DRUMMOND, AND
GREGORY M. PRIEST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JODY GLIDDEN, MICHAEL LEBLANC AND TRISH GLIDDEN, <br><br> Plaintiffs, <br><br> vs. <br><br> SKILLSOFT PLC (FKA SMARTFORCE PLC); SLATE ACQUISITION CORP.; DAVID C. DRUMMOND; GREGORY M. PRIEST; PATRICK E. MURPHY; AND JACK HAYES, <br><br> Defendants. | Case No: C-04-4913-CRB <br><br> **STIPULATION AND [PROPOSED] ORDER INFORMING COURT OF TERMINATION OF MEDIATION AND SETTING BRIEFING SCHEDULE** |

1   On May 17, 2005, pursuant to a stipulation among the parties, the Court ordered ("May 17
2   Order") that defendants need not file their response to the Amended Complaint, pending a mediation.
3   Pursuant to the Order, if there was no settlement, any motion to dismiss was to be filed within 14 days of
4   the termination of the mediation, and pursuant to an agreed briefing schedule. Further, the parties were
5   ordered to inform the Court of the results of the mediation.

6   This stipulation hereby informs the Court that the mediation was held on Monday, July 18, 2005,
7   but terminated that day without the parties settling. Subsequently, on August 11, 2005, defendants
8   replaced their counsel, Wilson Sonsini Goodrich & Rosati LLP, with Bergeson LLP.

9   The parties agree to the following proposed briefing schedule for any motion to dismiss/motion
10  to strike:

11           August 22, 2005        Motion to Dismiss
12           September 9, 2005      Opposition brief
13           September 16, 2005     Reply brief
14           ~~September 30~~ October 14, 2005     Hearing Date

15  The parties respectfully request that the Court order the briefing schedule set forth above.

16  IT IS SO STIPULATED.
17  Dated: August 12, 2005            NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP
                                      STEPHEN N. ROBERTS

18                                               / S /
19                                    By: _____
                                          STEPHEN N. ROBERTS

20                                    Attorneys for Plaintiffs
21                                    JODY GLIDDEN, MICHAEL LEBLANC
                                      AND TRISH GLIDDEN

22
23  Dated: August 12, 2005            BERGESON, LLP
                                      DANIEL J. BERGESON
24                                    CAROLINE McINTYRE

25                                               / S /
                                      By: _____
26                                        CAROLINE McINTYRE
                                      Attorneys for Defendants
27                                    SKILLSOFT PLC, DAVID C. DRUMMOND, AND
                                      GREGORY M. PRIEST

28  189517_1.DOC                      -2-                       Case No: C-04-4913-CRB

STIPULATION AND [PROPOSED] ORDER INFORMING COURT OF TERMINATION OF MEDIATION AND
SETTING BRIEFING SCHEDULE

1  **ATTESTATION**  I, Stephen N. Roberts, am the ECF User whose identification and password are being
2  used to file this document.  In compliance with General Order 45.X.B, I hereby attest that Caroline
3  McIntyre has concurred in this filing.

4
5  　　　　　　　　　　　　　　　　　　/S/
　　　　　　　　　　　　　　　　　　Stephen N. Roberts

6
7
8  IT IS SO ORDERED.

9
10  Dated: August 15, 2005                                 APPROVED
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Hon. Charles R. Breyer
　　　　　　　　　　　　　　　　　　United States District Judge

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28  189517_1.DOC                          -3-                     Case No:  C-04-4913-CRB
STIPULATION AND [PROPOSED] ORDER INFORMING COURT OF TERMINATION OF MEDIATION AND
SETTING BRIEFING SCHEDULE