DANIEL J. BERGESON, Bar No. 105439, dbergeson@be-law.com
CAROLINE McINTYRE, Bar No. 159005, cmcintyre@be-law.com
KRISTEN H. LEE, Bar No. 225574, klee@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

Attorneys for Defendants,
SKILLSOFT PLC, DAVID C. DRUMMOND,
and GREGORY M. PRIEST

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JODY GLIDDEN, MICHAEL LEBLANC, AND TRISH GLIDDEN,<br><br>Plaintiffs,<br><br>vs.<br><br>SKILLSOFT PLC (FKA SMARTFORCE PLC); DAVID C. DRUMMOND; AND GREGORY M. PRIEST,<br><br>Defendants. | Case No. C 04-4913 CRB<br><br>**NOTICE OF SUBSTITUTION OF ATTORNEYS FOR DEFENDANTS SKILLSOFT PLC, DAVID C. DRUMMOND, AND GREGORY M. PRIEST** |

PLEASE TAKE NOTICE THAT defendants Defendants SkillSoft PLC, David C. Drummond, and Gregory M. Priest hereby substitute retained counsel, Bergeson LLP, as counsel in the above-captioned action in place of Wilson Sonsini Goodrich & Rosati. Copies of all future pleadings, records and orders should be served upon:

>DANIEL J. BERGESON, Bar No. 105439, dbergeson@be-law.com
>CAROLINE McINTYRE, Bar No. 159005, cmcintyre@be-law.com
>KRISTEN H. LEE, Bar No. 225574, klee@be-law.com
>BERGESON, LLP
>303 Almaden Boulevard, Suite 500
>San Jose, CA 95110-2712
>Telephone: (408) 291-6200
>Facsimile: (408) 297-6000

I CONSENT TO THIS SUBSTITUTION.

Dated: August 5, 2005

SKILLSOFT PLC

By: _____
Greg Porto
Vice-President of Administration

I CONSENT TO THIS SUBSTITUTION.

Dated: August __, 2005

DAVID C. DRUMMOND

By: _____
David C. Drummond

I CONSENT TO THIS SUBSTITUTION.

Dated: August __, 2005

GREGORY M. PRIEST

By: _____
Gregory M. Priest

---

NOTICE OF SUBSTITUTION OF ATTORNEYS FOR DEFENDANTS SKILLSOFT PLC, DAVID C. DRUMMOND, AND GREGORY M. PRIEST

Case No. C 04-4913 CRB

1  PLEASE TAKE NOTICE THAT defendants Defendants SkillSoft PLC, David C.
2  Drummond, and Gregory M. Priest hereby substitute retained counsel, Bergeson LLP, as counsel
3  in the above-captioned action in place of Wilson Sonsini Goodrich & Rosati. Copies of all future
4  pleadings, records and orders should be served upon:

>   DANIEL J. BERGESON, Bar No. 105439, dbergeson@be-law.com
>   CAROLINE McINTYRE, Bar No. 159005, cmcintyre@be-law.com
>   KRISTEN H. LEE, Bar No. 225574, klee@be-law.com
>   BERGESON, LLP
>   303 Almaden Boulevard, Suite 500
>   San Jose, CA 95110-2712
>   Telephone: (408) 291-6200
>   Facsimile: (408) 297-6000

I CONSENT TO THIS SUBSTITUTION.

Dated: August ___, 2005                    SKILLSOFT PLC


                                           By:_____
                                              Greg Porto
                                              Vice-President of Administration

I CONSENT TO THIS SUBSTITUTION.

Dated: August ___, 2005                    DAVID C. DRUMMOND


                                           By: /s/ David C. Drummond
                                              David C. Drummond

I CONSENT TO THIS SUBSTITUTION.

Dated: August ___, 2005                    GREGORY M. PRIEST


                                           By:_____
                                              Gregory M. Priest

---

NOTICE OF SUBSTITUTION OF ATTORNEYS FOR DEFENDANTS SKILLSOFT PLC, DAVID C.
DRUMMOND, AND GREGORY M. PRIEST                                    Case No. C 04-4913 CRB

1  PLEASE TAKE NOTICE THAT defendants Defendants SkillSoft PLC, David C.
2  Drummond, and Gregory M. Priest hereby substitute retained counsel, Bergeson LLP, as counsel
3  in the above-captioned action in place of Wilson Sonsini Goodrich & Rosati. Copies of all future
4  pleadings, records and orders should be served upon:

DANIEL J. BERGESON, Bar No. 105439, dbergeson@be-law.com
CAROLINE McINTYRE, Bar No. 159005, cmcintyre@be-law.com
KRISTEN H. LEE, Bar No. 225574, klee@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

I CONSENT TO THIS SUBSTITUTION.

Dated: August ___, 2005                    SKILLSOFT PLC

By:_____
   Greg Porto
   Vice-President of Administration

I CONSENT TO THIS SUBSTITUTION.

Dated: August ___, 2005                    DAVID C. DRUMMOND

By:_____
   David C. Drummond

I CONSENT TO THIS SUBSTITUTION.

Dated: August ___, 2005                    GREGORY M. PRIEST

By:_____
   Gregory M. Priest

NOTICE OF SUBSTITUTION OF ATTORNEYS FOR DEFENDANTS SKILLSOFT PLC, DAVID C.
DRUMMOND, AND GREGORY M. PRIEST                             Case No. C 04-4913 CRB

WE CONSENT TO THIS SUBSTITUTION.

Dated: August 4, 2005

WILSON, SONSINI, GOODRICH & ROSATI
Professional Corporation

By: /s/ Jerome F. Birn, Jr.
Jerome F. Birn, Jr.

Attorneys for Defendants
SKILLSOFT PLC,
GREGORY M. PRIEST, and
DAVID C. DRUMMOND

WE ACCEPT THIS SUBSTITUTION.

Dated: August __, 2005

BERGESON, LLP

By:_____
Daniel J. Bergeson

Attorneys for Defendants
SKILLSOFT PLC,
GREGORY M. PRIEST and
DAVID C. DRUMMOND

ORDER

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that Bergeson, LLP is substituted in place of Wilson Sonsini Goodrich & Rosati as attorneys of record for defendants Skillsoft, David C. Drummond, and Gregory M. Priest in the above-captioned matter.

DATED:

_____
Honorable Charles R. Breyer
United States District Court Judge

NOTICE OF SUBSTITUTION OF ATTORNEYS FOR DEFENDANTS SKILLSOFT PLC, DAVID C. DRUMMOND, AND GREGORY M. PRIEST
Case No. C 04-4913 CRB

| | | |
|---|---|---|
| 1 | WE CONSENT TO THIS SUBSTITUTION. | |
| 2 | | |
| 3 | Dated: August __, 2005 | WILSON, SONSINI, GOODRICH & ROSATI |
| 4 | | Professional Corporation |
| 5 | | |
| 6 | | By:_____ |
| | | Jerome F. Birn, Jr. |

Attorneys for Defendants
SKILLSOFT PLC,
GREGORY M. PRIEST, and
DAVID C. DRUMMOND

WE ACCEPT THIS SUBSTITUTION.

Dated: August 11, 2005            BERGESON, LLP


By: *Daniel J. Bergeson* /s/
    Daniel J. Bergeson

Attorneys for Defendants
SKILLSOFT PLC,
GREGORY M. PRIEST and
DAVID C. DRUMMOND

ORDER

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that Bergeson, LLP is substituted in place of Wilson Sonsini Goodrich & Rosati as attorneys of record for defendants Skillsoft, David C. Drummond, and Gregory M. Priest in the above-captioned matter.

DATED: Aug. 15, 2005

_____
Honorable Charles R. Breyer
United States District Court Judge

NOTICE OF SUBSTITUTION OF ATTORNEYS FOR DEFENDANTS SKILLSOFT PLC, DAVID C. DRUMMOND, AND GREGORY M. PRIEST
Case No. C 04-4913 CRB

# PROOF OF SERVICE

I, declare as follows:

I am an employee in Santa Clara County, the county in which the service described below occurs. My business address is 303 Almaden Boulevard, Suite 500, San Jose, California 95110. I am over the age of eighteen (18) years and am not a party to the cause for which I am serving the document named below.

On August 11, 2005, 2005, I served the following: **NOTICE OF SUBSTITUTION OF ATTORNEYS FOR DEFENDANTS SKILLSOFT PLC, DAVID C. DRUMMOND, AND GREGORY M. PRIEST** on the parties below by placing a true copy thereof in a sealed envelope and served same as follows:

__X__   BY MAIL: I caused such envelope to be deposited in the mail at San Jose, California. I am readily familiar with Bergeson, LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, correspondence would be deposited with the United States Postal Service on this day. C.C.P. Section 1013(a).

__X__   BY FACSIMILE: I caused said documents to be sent via facsimile to the interested party at the following facsimile listed below. C.C.P. Section 1013.

Stephen N. Robert, Esq.  
Katrina J. Lee, Esq.  
Sophie N. Froelich, Esq.  
Nossaman, Guthner, Knox & Elliott, LLP  
50 California Street, 34th Floor  
San Francisco, CA 94111-4799  
Tel:  (415) 398-3600  
Fax:  (415) 398-2438  

Attorney for Plaintiffs  
Jody Glidden, Michael LeBlanc, and Trish Glidden

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed August 11, 2005, at San Jose, California.

_____  
Carrie Burkhart

PROOF OF SERVICE

- 1 -

Case No. C 04-4913 CRB