```
NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP
STEPHEN N. ROBERTS (SBN 062538)
KATRINA J. LEE (SBN 191142)
SOPHIE N. FROELICH (SBN 213194)
50 California Street, 34th Floor
San Francisco, California 94111-4799
Telephone: (415) 398-3600
Facsimile: (415) 398-2438
gliddencase@nossaman.com

Attorneys for Plaintiffs
JODY GLIDDEN, MICHAEL LEBLANC
AND TRISH GLIDDEN

DANIEL J. BERGESON (SBN 105439)
CAROLINE MCINTYRE (SBN 159005)
KRISTEN H. LEE (SBN  225574)
BERGESON, LLP
303 Almaden Blvd., Suite. 500
San Jose, CA 95110-2712
Telephone: (408) 291-6200
Facsimile:  (408) 297-6000
Email: cmcintyre@be-law.com
Email: dbergeson@be-law.com
Email:  klee@be-law.com

Attorneys for Defendants
SKILLSOFT PLC, DAVID C. DRUMMOND, AND
GREGORY M. PRIEST
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JODY GLIDDEN, MICHAEL LEBLANC AND TRISH GLIDDEN,<br><br>   Plaintiffs,<br><br>vs.<br><br>SKILLSOFT PLC (FKA SMARTFORCE PLC); SLATE ACQUISITION CORP.; DAVID C. DRUMMOND; GREGORY M. PRIEST; PATRICK E. MURPHY; AND JACK HAYES,<br><br>   Defendants. | Case No:  C-04-4913-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING FILING THIRD AMENDED COMPLAINT** |

1  WHEREAS, on January 20, 2006, the Court in the above-captioned action ("Action") heard the Motion To Dismiss And Strike Plaintiffs' Second Amended Complaint Or, In The Alternative, For Partial Summary Judgment Of Plaintiff Trish Glidden's Claims For Relief (the "Motion");

WHEREAS, on January 20, 2006, the Court issued an order granting, in part, and denying, in part, the Motion (the "Order");

WHEREAS, Plaintiffs Jody Glidden and Michael LeBlanc ("Plaintiffs") and Defendants SkillSoft PLC, David C. Drummond, and Gregory M. Priest ("Defendants") agree that it is in the interest of efficiency for Plaintiffs to file a Third Amended Complaint to conform the pleading to the Court's Order;

NOW THEREFORE, Plaintiffs and Defendants stipulate and agree, without waiving any arguments regarding the sufficiency of the pleadings, that:

1. Plaintiffs will file a Third Amended Complaint in the form attached hereto as Exhibit "A." Upon approval of the court of this stipulation, the Third Amended Complaint attached hereto as Exhibit A will be deemed to have been filed.

2. Defendants will respond (by answer, and not by motion to dismiss or strike) to the Third Amended Complaint by February 10, 2006.

Dated: January 27, 2006          NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP
                                 STEPHEN N. ROBERTS

                                         / S /
                                 By: _____
                                     STEPHEN N. ROBERTS

                                 Attorneys for Plaintiffs
                                 JODY GLIDDEN, MICHAEL LEBLANC
                                 AND TRISH GLIDDEN


Dated: January 27, 2006          BERGESON, LLP
                                 DANIEL J. BERGESON
                                 CAROLINE McINTYRE

                                         / S /
                                 By: _____
                                     CAROLINE MCINTYRE
                                 Attorneys for Defendants
                                 SKILLSOFT PLC, DAVID C. DRUMMOND, AND
                                 GREGORY M. PRIEST

1
2  IT IS SO ORDERED.
3
4  Dated:  February 01, 2006
5
