NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP
STEPHEN N. ROBERTS (SBN 062538)
KATRINA J. LEE (SBN 191142)
SOPHIE N. FROELICH (SBN 213194)
50 California Street, 34th Floor
San Francisco, California 94111-4799
Telephone: (415) 398-3600
Facsimile: (415) 398-2438
gliddencase@nossaman.com

Attorneys for Plaintiffs
JODY GLIDDEN, MICHAEL LEBLANC
AND TRISH GLIDDEN

DANIEL J. BERGESON (SBN 105439)
CAROLINE McINTYRE (SBN 159005)
KRISTEN H. LEE (SBN 225574)
BERGESON, LLP
303 Almaden Blvd., Suite. 500
San Jose, CA 95110-2712
Telephone: (408) 291-6200
Facsimile: (408) 297-6000
Email: cmcintyre@be-law.com
Email: dbergeson@be-law.com
Email: klee@be-law.com

Attorneys for Defendants
SKILLSOFT PLC, DAVID C. DRUMMOND, AND
GREGORY M. PRIEST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JODY GLIDDEN, MICHAEL LEBLANC AND TRISH GLIDDEN,<br><br>Plaintiffs,<br><br>vs.<br><br>SKILLSOFT PLC (FKA SMARTFORCE PLC); SLATE ACQUISITION CORP.; DAVID C. DRUMMOND; GREGORY M. PRIEST; PATRICK E. MURPHY; AND JACK HAYES,<br><br>Defendants. | Case No: C-04-4913-CRB<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING RESPONDING TO THIRD AMENDED COMPLAINT** |

WHEREAS, Plaintiffs filed their Third Amended Complaint on February 2, 2006;

WHEREAS, pursuant to the Stipulation And Order Regarding Filing Third Amended Complaint, Defendants have until February 17, 2006 to respond (by answer, and not by motion to dismiss or strike) to the Third Amended Complaint;

WHEREAS, the Third Amended Complaint contains 214 paragraphs to which Defendants must respond;

WHEREAS, Defendants have requested a one-week extension of time to respond to the Third Amended Complaint;

WHEREAS, Plaintiffs agree to allow Defendants a one-week extension of time to respond to the Third Amended Complaint;

NOW THEREFORE, Plaintiffs and Defendants stipulate and agree, without waiving any arguments regarding the sufficiency of the pleadings, that:

Defendants will respond (by answer, and not by motion to dismiss or strike) to the Third Amended Complaint by February 24, 2006.

Dated: February 16, 2006

NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP
STEPHEN N. ROBERTS

/ S /
By: ______________________________
STEPHEN N. ROBERTS

Attorneys for Plaintiffs
JODY GLIDDEN, MICHAEL LEBLANC AND TRISH GLIDDEN

Dated: February 16, 2006

BERGESON, LLP
DANIEL J. BERGESON
CAROLINE McINTYRE

/ S /
By: ______________________________
CAROLINE McINTYRE
Attorneys for Defendants
SKILLSOFT PLC, DAVID C. DRUMMOND, AND GREGORY M. PRIEST

ATTESTATION: I, Caroline McIntyre, am the ECF user whose identification and password are being used to file this document. In compliance with General Order 45.X.B, I hereby attest that Stephen Roberts has concurred in this filing.

IT IS SO ORDERED.

Dated: February 17, 2006

Charles R. Breyer
United States District Judge

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Charles R. Breyer

Case No: C-04-4913-CRB
STIPULATION AND [PROPOSED] ORDER REGARDING RESPONDING TO THIRD AMENDED COMPLAINT