1  NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP
   STEPHEN N. ROBERTS (SBN 062538)
2  KATRINA J. LEE (SBN 191142)
   SOPHIE N. FROELICH (SBN 213194)
3  50 California Street, 34th Floor
   San Francisco, California 94111-4799
4  Telephone: (415) 398-3600
   Facsimile: (415) 398-2438
5  gliddencase@nossaman.com

6  Attorneys for Plaintiffs
   JODY GLIDDEN and MICHAEL LEBLANC
7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12 | JODY GLIDDEN, MICHAEL LEBLANC AND ) | Case No: C-04-4913-CRB
   | TRISH GLIDDEN,                   )
13 |                                  ) | **STIPULATION TO DISMISS ACTION WITH**
   |            Plaintiffs,           ) | **PREJUDICE AND [PROPOSED] ORDER**
14 |                                  )
   |       vs.                        )
15 |                                  )
   | SKILLSOFT PLC (FKA SMARTFORCE PLC); )
16 | SLATE ACQUISITION CORP.; DAVID C. )
   | DRUMMOND; GREGORY M. PRIEST;     )
17 | PATRICK E. MURPHY; AND JACK HAYES, )
   |                                  )
18 |            Defendants.           )
   |_____)
19

20

...

201287_1 (2).DOC                                                Case No: C-04-4913-CRB

1  WHEREAS, the parties to the above-captioned action (the "Action") entered into a Settlement Agreement And Mutual Release ("Settlement Agreement") on April 7, 2006;

WHEREAS, under the terms of the Settlement Agreement, plaintiffs agreed to request that the Court dismiss the Action with prejudice upon fulfillment of the payment conditions of the Settlement Agreement, each party to bear its own fees and costs;

WHEREAS, the payment conditions of the Settlement Agreement have been satisfied;

THEREFORE, the parties stipulate that the Action may be dismissed with prejudice and respectfully request the Court to enter an order so dismissing the case.

Dated: April 13, 2006

NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP
STEPHEN N. ROBERTS

By: __/ S /_____
STEPHEN N. ROBERTS

Attorneys for Plaintiffs
JODY GLIDDEN AND MICHAEL LEBLANC

Dated: April 13, 2006

BERGESON, LLP
CAROLINE McINTYRE
DANIEL J. BERGESON

By: __/ S /_____
CAROLINE McINTYRE

Attorneys for Defendants
SKILLSOFT PLC, DAVID C. DRUMMOND
AND GREGORY M. PRIEST

**ATTESTATION** I, Stephen N. Roberts, am the ECF User whose identification and password are being used to file this document. In compliance with General Order 45.X.B, I hereby attest that Caroline McIntyre has concurred in this filing.

__/S/_____
Stephen N. Roberts

**ORDER**

The parties, having settled the Action and the relevant conditions for settlement having been satisfied, the parties having requested that the Court dismiss the Action with prejudice, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Action is dismissed with prejudice. Each party is to bear its own fees and costs.

Dated: April __, 2006



_____
HON. CHARLES R. BREYER
United States District Judge